UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re
Mark A Johnson and
Mary J Johnson,
        Debtors.

Chapter 13
Case No. 13−26680−beh

## NOTICE – CASE CLOSED WITHOUT A DISCHARGE

    The Court hereby notifies all creditors and interested parties that it has closed the above−captioned case without a discharge, because the debtors failed to file or complete Local Form 2831. If the debtors subsequently file a Motion to Reopen the Case, the debtors must pay the full filing fee due for filing such a motion.

Dated: December 3, 2018

**JANET L. MEDLOCK**
Clerk of Court

By:  Angela L.
       Deputy Clerk